

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00148-CV

Elvira **JONES**,
Appellant

v.

Jason Frank **JONES**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-05-0410-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER appellant Elvira Jones bear all costs of this appeal.

SIGNED November 2, 2022.

_____
Luz Elena D. Chapa, Justice